Christine M. Neuharth (SBN 263509)
Email: cneuharth@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Robert R. Riddle (TX Bar No. 24035495)
Email: rriddle@reedsmith.com
*Pro hac vice pending*
Andrew J. Bluebond (TX Bar No. 24092147)
Email: abluebond@reedsmith.com
*Pro hac vice pending*
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: +1 713 469 3800
Facsimile: +1 713 469 3899

Attorneys for Siemens Product Lifecycle
Management Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| Siemens Product Lifecycle Management Inc.,<br><br>             Plaintiff,<br><br>vs.<br><br>C & H Machine, Inc.,<br><br>             Defendant. | Case No.: '16CV3087 LAB BGS<br><br>Copyright/Trademark/Unfair Competition<br><br>**COMPLAINT FOR:**<br>**(1) COPYRIGHT INFRINGEMENT; AND**<br>**(2) CIRCUMVENTION OF A COPYRIGHT PROTECTION SYSTEM**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Siemens Product Lifecycle Management Software Inc., by its attorneys, for and on behalf of its complaint against Defendant C & H Machine, Inc., hereby alleges as follows:

– 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## PARTIES

1.     Plaintiff Siemens Product Lifecycle Management Software Inc. ("Siemens PLM" or "Plaintiff") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Texas.

2.     Defendant C & H Machine, Inc. ("C & H") is a corporation organized and existing under the laws of the State of California, with its principal place of business located in the State of California.

## JURISDICTION AND VENUE

3.     This is a civil action seeking damages for copyright infringement (17 U.S.C. § 101, *et seq.*) and for circumvention of copyright protection systems (17 U.S.C. § 1201, *et seq.*) under the laws of the United States.

4.     This Court has jurisdiction of this action pursuant to 17 U.S.C. § 101, *et seq.*; 17 U.S.C. § 1203(a) (circumvention of copyright protection systems); 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5.     Venue (and personal jurisdiction) in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a).  C & H's regular and established place of business is at 939 S. Andreasan Dr., Escondido, CA 92029.

## FIRST CAUSE OF ACTION
### (Infringement of Copyrights Against C & H)

6.     Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

COMPLAINT

7. Siemens PLM manufactures and distributes Product Lifecycle Management ("PLM") software, which allows companies to manage the entire lifecycle of a product efficiently and cost-effectively, from ideation, design and manufacture, through service and disposal. PLM software brings together computer-aided design ("CAD"), computer-aided manufacturing ("CAM"), computer-aided engineering ("CAE"), product data management ("PDM") and digital manufacturing. By providing the application depth and breadth needed to digitally author, validate and manage the detailed product and process data, PLM supports innovation by its customers.

8. NX 9 and NX 10 (collectively "NX") software are among the PLM software products offered by Plaintiff. NX software offers the industry's broadest suite of integrated, fully associative CAD/CAM/CAE applications. NX touches the full range of development processes in product design, manufacturing and simulation, allowing companies to encourage the use of best practices by capturing and reusing product and process knowledge.

9. Siemens PLM software, including NX software, constitutes and contains Siemens PLM's valuable intellectual property that has been developed over many years through the investment of substantial resources. To protect its rights and interests in its valuable software, including but not limited to NX software, Siemens PLM obtains and registers copyrights to its works. Siemens PLM is, and at all relevant times has been, the copyright owner under United States copyright law with

COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

respect to certain copyrighted software including, but not limited to, the NX software (the "Copyrighted Software"). The Copyrighted Software is the subject of valid Copyright Registrations issued by the Register of Copyrights to Plaintiff. A copy of the Certificate for Registration for Copyright Registration Number TXu 1-883-621, dated September 25, 2013, which covers the NX 9 software is attached hereto as Exhibit 1. A copy of the Certificate for Registration for Copyright Registration Number TXu 1-965-012, dated December 9, 2014, which covers the NX 10 software is attached as Exhibit 2.

10. Plaintiff has placed proper notices of copyright pursuant to 17 U.S.C. § 401 on the Copyrighted Software.

11. Among the exclusive rights granted to Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Software and to distribute the Copyrighted Software to the public.

12. Plaintiff is informed and believes that C & H, without permission or consent of Plaintiff, has used a computer with an Internet connection to download and/or use the Copyrighted Software.

13. Plaintiff is informed and believes that beginning on October 11, 2014, Defendant C & H has, without license or permission, used and/or downloaded the Copyrighted Software on at least 119 occasions.

14. In doing so, C & H violated Plaintiff's exclusive rights of reproduction and/or distribution. Defendant C & H's actions constitute infringement of Plaintiff's

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

COMPLAINT

copyrights and/or exclusive rights under copyright.

15.     Plaintiff is informed and believes that Defendant C & H's unlicensed use of the Copyrighted Software continued through May 26, 2016.

16.     Plaintiff is informed and believes that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiff. After becoming aware of C & H's acts of infringement, Plaintiff informed C & H of the infringements and requested that C & H purchase valid licenses for the Copyrighted Software. C & H refused.

17.     As a result of Defendant C & H's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. §§ 502 and 503.

18.     As a result of Defendant C & H's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to actual damages according to proof.

19.     As a result of Defendant C & H's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to an accounting of C & H's use and/or downloading of the Copyrighted Software and an accounting and recovery of revenues and profits obtained by C & H through such use and/or downloading of such software.

20.     As a result of Defendant C & H's infringement of Plaintiff's copyrights and exclusive rights under copyright, including willful and intentional infringement,

Plaintiff is also entitled to enhanced damages and recovery of its attorneys' fees and costs.

## SECOND CAUSE OF ACTION

### (CIRCUMVENTION OF COPYRIGHT PROTECTION SYSTEM AGAINST C & H)

21.    Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

22.    Plaintiff is informed and believes that Defendant C & H, in order to use the Copyrighted Software without purchasing valid licenses, acquired a "cracked" version of the Copyrighted Software designed to circumvent the technological measures in Siemens PLM's Copyrighted Software designed to prevent unlicensed use.[1]

23.    As a result of Defendant C & H's circumvention of Siemens PLM's copyright protection system, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 1203(c).

24.    As a result of Defendant C & H's circumvention of Siemens PLM's copyright protection system, Plaintiff is entitled to actual damages according to proof.

25.    As a result of Defendant C & H's circumvention of Siemens PLM's copyright protection system, Plaintiff is entitled to an accounting and recovery of profits obtained by C & H's circumvention of Siemens PLM's copyright protection

---

[1]    "Cracking" is the modification of software to remove or disable features or components of the software. In this case, the modified portion of the Copyrighted Software was designed to protect against unlicensed use.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

COMPLAINT

system.

26.   As a result of Defendant C & H's circumvention of Siemens PLM's copyright protection system, Plaintiff is also entitled to recovery of its attorneys' fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiff Siemens Product Lifecycle Management Software, Inc. hereby demands a trial by jury on all triable issues.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant C & H as follows:

1. For statutory damages for each infringement of each Copyrighted Software pursuant to 17 U.S.C. § 504;

2. For statutory damages for each circumvention of Plaintiff's copyright protection system pursuant to 17 U.S.C. § 1203(c);

3. For actual damages according to proof;

4. For an accounting of the use and/or download by Defendant of the Copyrighted Software;

5. For an accounting of any revenues and profits realized by or through Defendant's use and/or download of the Copyrighted Software;

6. For enhanced damages;

7. For Plaintiff's costs in this action;

COMPLAINT

8.  For Plaintiff's reasonable attorneys' fees incurred herein; and

9.  For such other and further relief as the Court may deem just and proper.

DATED: December 23, 2016

> *s/Christine M. Neuharth*
> Christine M. Neuharth
> Robert R. Riddle (*pro hac vice pending*)
> Andrew J. Bluebond (*pro hac vice pending*)
> Attorneys for Plaintiff
> Siemens Product Lifecycle Management
> Software Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware